Jennie E. Stothers, Respondent, v. William P. Austin and Others, Appellants.— Judgment affirmed, with costs. No opinion.

J. Douglass Wells, Appellant, v. Frederick A. Burnham, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Board of Fire Commissioners, etc. In re Broome Street.— Motion denied. See memorandum.

In the Matter of One Hundred and Eighty-second Street.— Motion denied.

James Wilson v. The Mayor.— Motion granted, with ten dollars costs.

The C. & C. Electric Company v. Henry B. Sire.— Motion granted, with ten dollars costs.

Eugene F. Lethbridge v. The Mayor.— Motion granted, with ten dollars costs.

David Dunn v. Mark P. Ansorge and Another. — Motion granted, with ten dollars costs.

Andrew Wolf, Respondent, v. Louis P. Mendham, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Robert H. Ingersoll and Charles H. Ingersoll for a Writ of Mandamus against John Standfast, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Worthington Whitehouse and Another, Appellants, v. Henry Drisler and Others, Respondents.— Judgment affirmed, with costs, on opinion delivered on previous appeal (37 App. Div. 525).

John J. Dugan, Respondent, v. Dennis H. Hayes, Appellant.—Judgment and order affirmed, with costs. No opinion.

John Mallin, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Margaret Welch, Respondent, v. Metropolitan Street Railway Company, Appellant.—Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. William H. Weise, Relator, v. John J. Scannell, Commissioner of the Fire Department of the City of New York, Respondent.—Writ quashed and proceedings confirmed, with costs. No opinion.

Herman Cantor, Respondent, v. Louis Roessel and Carl A. Roessel, Appellants.—Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of the Roman Catholic Church of St. James, Appellant, for a Peremptory Writ of Mandamus against William Dalton, Commissioner of Water Supply, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion.

William O'Connell and Another, Respondents, v. The City Trust, Safe Deposit and Surety Company of Philadelphia, Appellant, Impleaded with Others.—Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Michael E. Bannin v. E. Townsend Goldberg.—Motion granted.

Joseph A. Stapleton, Respondent, v. Metropolitan Street Railway Company, Appellant.—Motion denied.

Lorimer G. Appleby, Trustee, etc., v. Sophia Sewards et al.—Motion denied.

Emilie S. de Hierapolis v. John B. Reilly, Jr.— Motion for leave to go to Court of Appeals granted.

Alexander Gilbert et al. v. Charles Warren et al. — Motion denied, with ten dollars costs.

Socialistic Co-operative Publishing Association v. Henry Kuhn et al. —Motion denied, with ten dollars costs.

Louis C. Raegener, as Receiver, etc., v. Alfred E. Willard.—Motion denied, with ten dollars costs.

Benjamin P. Davis v. United Portable Hoisting Engineers et al.— Motion granted, with ten dollars costs.

Clara A. Henesy v. Emanuel T. Goldberg.— Motion granted, with ten dollars costs.

Rosalie Kolb v. Lena Davis.— Motion granted, with ten dollars costs.

In the Matter of The Morton Trust Company. —Application dismissed. See memorandum.

In the Matter of Adolphe N. Du Mahaut.— Charges dismissed.

In the Matter of Eugene H. Healey.— Charges sustained. See memorandum.

James C. Daly, Respondent, v. Staten Island Electric Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

William Pinkney Hamilton, Respondent, v. The Fourth Estate Company, Appellant.— Judgment affirmed, with costs. No opinion.

George Sewell Bonner, Appellant, v. John H. Deane, Respondent.— Judgment affirmed, with costs, with leave to the plaintiff to withdraw demurrer and reply in twenty days on payment of costs in this court and in the court below. No opinion.

Mary K. Morse, Respondent, v. Press Publishing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The D. M. Koehler & Son Company, Appellant, v. Frank Boylan and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of Hester A. Mehrhof, Respondent, for an Order Punishing Josephine Polk, Appellant, for Contempt of Court, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles H. Becker, Respondent, v. Joseph E. Weed and Others, Defendants; Catherine Dellamore, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Cornelius Bagley v. Consolidated Ice Company. — Motion denied. See memorandum.

Herbert W. Dayton v. Edwin D. Bangs and Another.—Motion granted, with ten dollars costs.

The People of the State of New York v. William Neufeld.— Motion granted.

The People of the State of New York v. James B. Kellogg.— Motion granted.